IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK DALE FONTROY, ETAL

                                02-2949
                                District Court Docket Number

        vs.

MARK S. SCHWEIKER, ETAL

Notice of Appeal Filed 9/25/02
Court Reporter(s)/ESR Operator(s)          N/A

Filing Fee:
        Notice of Appeal __Paid _X_ Not Paid   __Seaman
        Docket Fee       __Paid _X_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC: JUDGE O'NEILL
     USCA
     APPEALS CLERK

                                    Defendant's Address (for criminal appeals)

                                  Prepared by : _____
                                                  LINDA V. JERRY,Deputy Clerk Signature/Date

                PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
                THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS
notapp.frm