IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK DALE FONTROY, I, et al          :              CIVIL ACTION

v.                                      :

GOVERNOR MARK S. SCHWEIKER, et al    :              NO.  02-2949

O R D E R

Plaintiffs have filed a motion for recusal.  The Court has taken no action in this case

since plaintiffs filed their notice of appeal on September 25, 2002, and will take no action in the case

until the appeal has been disposed of by the Court of Appeals.

October 29, 2002

_____

THOMAS N. O'NEILL, JR.,      J.