IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK DALE FONTROY, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| GOVERNOR MARK SCHWEIKER, et al., | : | |
| Defendants | : | NO.   02-CV-2949 |

## DECLARATION OF TSHANNA KYLER

Tshanna Kyler hereby declares under penalty of perjury that the following facts are true and correct:

1.   I am a Grievance Review Officer for the Pennsylvania Department of Corrections Office of Inmate Grievances and Appeals.  This Office receives, records, reviews, and decides all appeals to this Office made by inmates pursuant to the Department of Corrections policy on the Inmate Grievance System, DC-ADM 804, copy attached.

2.   I have custody over the records of this Office, which include copies of all appeals that the Office receives.

3.   None of the following inmates have submitted any appeals to the Office of Inmate Grievances and Appeals on grievances concerning either the issuance or application of the DC-ADM 803 on Inmate Mail issued September 1, 2002, effective September 30, 2002:

    Derrick Dale Fontroy, AY-7513

    James Pavlichko,  DK-0199

    Theodore B. Savage, CB-2674

    Aaron Christopher Wheeler, BZ-2590

    I declare under penalty of perjury that the foregoing facts are true and correct.


Date:  12/30/02                                  _s/ Tshanna Kyler_____
                                                               Tshanna Kyler