IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK DALE FONTROY, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| GOVERNOR MARK S. SCHWEIKER, et al., | : | |
| Defendants | : | NO.   02-2949 |

## ORDER

    AND NOW, this _____ day of _____, 2003, it is ORDERED that Plaintiff Wheeler's Motion for Leave to File a Supplemental Complaint is DENIED.


BY THE COURT:


_____
THOMAS N. O'NEILL, JR., J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK DALE FONTROY, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| GOVERNOR MARK S. SCHWEIKER, et al., | : | |
| Defendants | : | NO. 02-2949 |

### DEFENDANTS' RESPONSE TO PLAINTIFF WHEELER'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT

Plaintiff Aaron Christopher Wheeler has filed a Motion for Leave to File Supplemental Complaint in which he alone attempts to assert claims that do not arise out of the same transaction or occurrence as the original complaint or the recently filed Amended Complaint (Document 44).  The original complaint and the recent Amended Complaint raise claims regarding the Pennsylvania Department of Corrections policy on mail sent to inmates by attorneys, courts, and elected officials. Wheeler's claims relate to a host of incidents personal to himself and unrelated to the mail policy.  The Court previously refused to let the plaintiffs bring personal claims unrelated to the attorney and court mail policy when it refused to let them file a supplemental complaint and struck their first attempt at an amended complaint.  *See* Orders dated August 14, 2002 and September 17, 2002.  The ruling should be no different when Mr. Wheeler tries to do the same on his own.  If he feels he has a new claim, he may file a new civil action.

                                                      D. MICHAEL FISHER
                                                      ATTORNEY GENERAL

                                      BY:   s/ John O. J. Shellenberger
                                                      John O.J. Shellenberger
                                                        Chief Deputy Attorney General
                                                        Identification No. 09714

OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603
Telephone:  (215) 560-2940
Fax:    (215) 560-1031

## CERTIFICATE OF SERVICE

     I, John O. J. Shellenberger, hereby certify that the foregoing Defendants' Response to Plaintiff Wheeler's Motion for Leave to File a Supplemental Complaint has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that true and correct copies of the foregoing Defendants' Response to Plaintiff Wheeler's Motion for Leave to File a Supplemental Complaint were mailed on February 18, 2003 by first class mail, postage prepaid, to:

    Derrick Dale Fontroy, AY-7513;
    Theodore B. Savage, CB-2674;
    Aaron Christopher Wheeler, BZ-2590
    State Correctional Institution
     at Graterford
    P.O. Box 244
    Graterford, PA 19426-0244

    James S. Pavlichko, DK-0199
    State Correctional Institution
     at Mahanoy
    301 Morea Rd.
    Frackville, PA 17932

                                            D. MICHAEL FISHER
                                            ATTORNEY GENERAL


                          BY:   s/ John O. J. Shellenberger
                                  John O.J. Shellenberger
                                  Chief Deputy Attorney General
                                  Identification No. 09714

OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone: (215) 560-2940
Fax: (215) 560-1031