IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DERRICK DALE FONTROY, I, et al.       :       CIVIL ACTION
                                      :
                                      :
                                      :
        v.                            :
                                      :
                                      :
MARK S. SCHWEIKER, et al.             :       NO. 02-2949


O R D E R


        AND NOW, this 10th day of April, 2003, in accordance with the court's

procedure for random reassignment of cases, it is hereby

        ORDERED that the above-captioned case is reassigned from the calendar of

the Honorable Thomas N. O'Neill, Jr. to the calendar of the Honorable Timothy J. Savage.



                        FOR THE COURT:

                        JAMES T. GILES
                        Chief Judge

                        ATTEST:


                        _____
                        MICHAEL E. KUNZ
                        Clerk of Court