IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| v. | : | No. 02-CV-2949 |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

AND NOW, this 21st day of April, 2003, upon consideration of the Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, or to Stay Proceedings (Docket No. 9) and the Plaintiffs' Motion For Extension of Time to File Reply to Defendants' Response to Plaintiffs' Motion For Temporary Restraining Order and Preliminary Injunction (Docket No. 24), it is it is **ORDERED** that the motions are **DENIED AS MOOT**.

_____
TIMOTHY J. SAVAGE, J.