IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | CIVIL ACTION |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| | : | |
| v. | : | No. 02-CV-2949 |
| | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

AND NOW, this 21st day of April, 2003, upon consideration of Plaintiffs' Objections and Motion for Recusal (Docket No. 25) and the Order dated April 10, 2003, reassigning this case from Judge Thomas N. O'Neill to this Court, it is **ORDERED** that the Plaintiffs' motion is **DENIED AS MOOT**.

_____
TIMOTHY J. SAVAGE, J.