# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| | : | |
| v. | : | No. 02-CV-2949 |
| | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

AND NOW, this 22nd day of April, 2003, upon consideration of Defendant Jeffrey A. Beard's Motion to Dismiss (Docket No, 5), Motion of Defendants Schweiker, Vaughn, Hatcher, and Ulisny to Dismiss (Docket No. 11) and Defendants' Motion to Dismiss for Mootness or Failure to Exhaust Administrative Remedies (Docket No. 34), it is **ORDERED** that the motions are **DENIED AS MOOT**.[1]

_____
TIMOTHY J. SAVAGE, J.

---

[1] The Amended Civil Rights Complaint (Docket No. 44) and the subsequent Motion to Dismiss the Amended Complaint (Docket No. 46) have rendered these prior motions moot.