IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | CIVIL ACTION |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| | : | |
| v. | : | No. 02-CV-2949 |
| | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

AND NOW, this 22nd day of April, 2003, upon consideration of the Plaintiffs' Motion for Emergency Restraining Order and Injunction (Docket No. 2) and the Plaintiffs' Motion for Emergency Temporary Restraining Order and Preliminary Injunction (Docket No. 20), it is **ORDERED** that the motions are **DENIED**.[1]

　
　
TIMOTHY J. SAVAGE, J.

---

[1] The plaintiffs include identical requests for injunctive relief in their Amended Civil Rights Complaint (Docket No. 44).