## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| | : | |
| v. | : | No. 02-CV-2949 |
| | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 22nd day of April, 2003, upon consideration of the plaintiffs' previous request for the appointment of counsel and it appearing that the plaintiff Theodore B. Savage, J. D. purports to be an attorney, it is **ORDERED** that the plaintiff Theodore B. Savage, J. D. shall report to the Court, in writing, no later than May 15, 2003, whether he has a law degree and, if so, the identity of the law school conferring the degree and the date it was conferred.

 

_____
TIMOTHY J. SAVAGE, J.