IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| | : | |
| **v.** | : | **No. 02-CV-2949** |
| | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

AND NOW, this 1st day of May, 2003, it is **ORDERED** as follows:

1. No later than May 16, 2003, the plaintiffs shall file a declaration stating: (a) how the Pennsylvania Department of Corrections Inmate Mail and Incoming Publications policy, DC-ADM 803, implemented on September 30, 2002, is unconstitutional; and (b) how they have been aggrieved by this policy. The declaration shall be limited to these issues only.

2. No later than May 30, 2003, the defendants shall file, in support of their motion to dismiss, a response to the plaintiffs' declaration filed pursuant to the preceding paragraph. The defendants shall include a recitation of all changes, if any, to the policy which have been implemented since this action was filed.

3. No later than June 13, 2003, the plaintiffs shall file their reply to the defendants' response filed pursuant to the preceding paragraph.

_____
TIMOTHY J. SAVAGE, J.