IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | CIVIL ACTION |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| v. | : | No. 02-CV-2949 |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

AND NOW, this 2nd day of July, 2003, upon consideration of the Plaintiffs' Motion to Strike Defendants' Motion to Dismiss the Amended Complaint With Their Accompanying Memorandum of Law and Briefs (Docket No. 49), it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.