IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| | : | |
| v. | : | No. 02-CV-2949 |
| | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

AND NOW, this 2nd day of July, 2003, upon consideration of the Plaintiffs' Motion for Appointment of Counsel (Docket No. 3) and Plaintiff's Motion for Appointment of Counsel (Docket No. 33), it is **ORDERED** that the motions are **DENIED**.

_____
TIMOTHY J. SAVAGE, J.