IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| | : | |
| v. | : | No. 02-CV-2949 |
| | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

AND NOW, this 22st day of July, 2003, upon consideration of the Plaintiffs' Motion for Summary Judgment, the Plaintiffs' Declaration and the defendants' response to the Plaintiffs' Declaration, it is **ORDERED** that the Defendants' Motion to Dismiss the Amended Complaint (Docket No. 46) shall be considered as a cross-motion for summary judgment.

It is **FURTHER ORDERED** that the parties shall have until **August 5, 2003**, to submit, if necessary, any additional materials in support of their respective motions.

_____
TIMOTHY J. SAVAGE, J.