IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| | : | |
| **v.** | : | **No. 02-CV-2949** |
| | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

### ORDER

AND NOW, this 8th day of September 2003, upon consideration of the cross-motions for summary judgment, it is **ORDERED** that oral argument is scheduled for **September 30, 2003, at 9:00 a.m., in Courtroom 15B**. The oral argument shall be conducted by video-conference with the plaintiffs at SCI-Graterford. The Superintendent at SCI-Graterford, David DiGuglielmo, shall designate Levi Hosband to contact Edward Morrissy in the Clerk's Office (267-299-7044) to make arrangements for the video-conference. All other parties shall attend the hearing at the United States Courthouse. Counsel for the Commonwealth of Pennsylvania, Edward O. Shellenberger, Esq., shall serve a copy of this Order upon the Superintendent at SCI-Graterford.

The plaintiffs shall designate one member to speak and present argument on behalf of all.

The parties shall be prepared to address only the following issues:

1.      Whether the definition of "incoming privileged correspondence" in the Pennsylvania Department of Corrections Inmate Mail and Incoming Publications Policy,

DC-ADM 803 ("inmate mail policy"), should include incoming correspondence sent from a state or federal judge, a court clerk's office, or other courthouse address; and,

    2.    Whether the current inmate mail policy is reasonably related to a "legitimate penological interest."

_____
TIMOTHY J. SAVAGE, J.