IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK DALE FONTROY, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| GOVERNOR MARK SCHWEIKER, et al., | : | |
| Defendants | : | NO.  02-CV-2949 |

## DECLARATION OF KIM ULISNY

Kim Ulisny hereby declares under penalty of perjury that the following facts are true and correct:

1. I am the Mail Room Supervisor at the State Correctional Institution at Graterford. I have held this position since late 1995.

2. A SCI-Graterford staff person picks up all incoming mail for inmates at the U.S. Post Office in Collegeville, Pa., and delivers that mail to the SCI-Graterford mail room.

3. Since I have been Mail Room Supervisor, the Mail Room staff has kept a Privileged Mail Log Book. Each item of incoming mail addressed to an inmate and considered privileged under the Department of Corrections policies in effect at the time of receipt has been listed in this Log Book. For each date, staff has listed the the inmate number of the inmate to whom the item was addressed and a notation of the sender.

4. Attached are lists of the dates of receipt and senders of all items listed as privileged mail as shown in the Graterford Privileged Mail Log Book from May 1, 2002 through July 31, 2003, for each of the following inmates:

Derrick Dale Fontroy, AY-7513

Aaron Christopher Wheeler, BZ-2590

Theodore B. Savage, CB-2674

James Pavlichko, DK-0199.

5. The Department of Corrections Central Office provides me with all of the Attorney Control Numbers that the Department has assigned under DC-ADM 803. As of July 31, 2003, the Department had issued 265 Attorney Control Numbers, 168 of them to individual attorneys and 97 to groups of attorneys (law firms, defender associations, etc.).

I declare under penalty of perjury that the foregoing facts and the attached lists are true and correct.

Date: 8/13/03

_____
Kim Ulisny

# Fontroy - AY-7513

| Date | Sender |
|---|---|
| 5/13/2002 | Pitts Federal Pitts |
| 5/20/2002 | U.S. Dist Crt Phila. |
|  | Office Atty General - Phila. |
|  | US Crt Federal Claims - DC |
| 5/28/2002 | Supreme Crt US - DC |
| 6/10/2002 | US Dept Just DC |
|  | US Dept Just DC |
| 6/13/2002 | US Ct Federal DC |
| 6/17/2002 | Finnerman Esq. - DC |
| 6/26/2002 | U.S. Dist Crt Phila. |
| 7/9/2002 | U.S. Dist Crt Phila. |
| 7/10/2002 | U.S. Dept Justice - Phila. |
| 7/11/2002 | Office Atty General - Phila. |
| 7/12/2002 | U.S. Dist Crt Phila. |
| 7/16/2002 | U.S. Dist Crt Phila. |
| 7/18/2002 | Shellenberger Atty - Phila |
| 7/22/2002 | Glassman Atty PA |
| 7/26/2002 | Att Gen. Off Phila. |
|  | Att Gen. Off Phila. |
| 7/30/2002 | Pub Def Off Norris. |
|  | Supreme Crt US - Wash |
|  | Supreme Crt US - Wash |
|  | Supreme Crt US - Wash |
|  | Supreme Crt US - Wash |

|  |  |
|---|---|
|  | Glassman Law Lewisburg |
|  | U.S. Dist Crt Phila. |
| 8/5/2002 | U.S. Dist Crt Oklahoma. |
| 8/16/2002 | U.S. Dist Crt Phila. |
|  | Office Atty General - Phila. |
| 8/19/2002 | U.S. Dist Crt Phila. |
| 8/21/2002 | Supreme Crt - DC |
| 8/26/2002 | US Crt Federal Claims -Wash |
| 8/27/2002 | Glassman Atty - Lewisburg PA |
| 9/11/2002 | U.S. Crt Appeals Phila. |
|  | Office Atty General - Phila. |
|  | Office Atty General - Phila. |
| 9/17/2002 | Shellenberger Atty - Phila |
| 9/20/2002 | U.S. Dist Crt Phila. |
|  | U.S. Dist Crt Phila. |
| 9/23/2002 | Supreme Crt U.S. - Wash. |
|  | Supreme Crt U.S. - Wash. |
| 9/24/2002 | U.S. Dist Crt Phila. |
|  | US Senate DC |
| 9/25/2002 | Office Atty General - Phila. |
| 9/26/2002 | U.S. Crt Appeals Phila. |
| 1/13/2003 | Dist. Justice - Ret Mail |
| 2/10/2003 | Ingis Esq DC Return letter |
| 2/18/2003 | Galanter esq. - DC return letter |
| 2/20/2003 | return mail -Pub Def Assoc |
| 2/21/2003 | return mail - Black women Atty - DC |

|            |                                |
|------------|--------------------------------|
|            | return mail - Imholtz Esq. - DC |
| 3/3/2003   | Ebert Esq - DC return letter   |
| 3/5/2003   | Kales Esq - DC return letter   |
|            | Dance Esq - DC return letter   |
| 3/10/2003  | Haddad Esq Ret Mail            |
| 3/12/2003  | Mabry Esq - Ret Mail           |
| 3/17/2003  | Ret Letter Ferleger Esq.       |
| 3/26/2003  | Sacks Esq. Ret. Mail           |
| 3/31/2003  | Oblich esq - Return letter     |
| 5/14/2003  | O'Brien esq - DC return letter |

## Wheeler - BZ-2590

| Date | Sender |
|---|---|
| 5/2/2002 | Symons Atty - Pottsville |
| 5/7/2002 | US Dist. Crt. Phila. |
| 5/16/2002 | Schell Law Phila |
| 5/24/2002 | White Atty Paoli |
| 5/29/2002 | Symons Atty - PA |
| 6/3/2002 | Preate Law Scranton |
| 6/4/2002 | Proth. Ct. Pottsville |
|  | Def. Assoc. Phila. |
| 6/13/2002 | Preate Atty - Pa. |
| 6/20/2002 | White Atty Paoli |
|  | Supreme Ct. US - DC |
| 6/24/2002 | Symons esq Pottsville |
| 6/27/2002 | Pa Board Pardons - Harris |
|  | Superior Crt. Pa. Phila. |
| 6/28/2002 | US Dist. Crt. Phila. |
| 7/2/2002 | Symons Atty. Pa. |
| 7/3/2002 | Office of Chief Counsel |
| 7/10/2002 | Presser esq. - Phila. |
| 7/11/2002 | Shellenberger Atty - Phila. |
| 7/22/2002 | Shellenberger Atty - Phila. |
| 7/25/2002 | Off Atty Gen - Phila. |
|  | Shellenberger Atty - Phila. |
| 7/26/2002 | Proth. Schuylkill Ct. Pottsville |

| Date | Recipient |
|---|---|
| 8/2/2002 | Massachusetts Legal Service - Ma. |
|  | Levy esq. - Phila. |
| 8/5/2002 | Symons Atty - Pottsville |
| 8/16/2002 | Symons Atty - Pottsville |
|  | Donnelly Atty Norris |
|  | US Dist. Crt. Phila. |
| 8/23/2002 | Presser esq. - Phila. |
| 8/29/2002 | Donnelly Proth. - Norris |
| 9/4/2002 | Donnelly Proth. - Norris |
| 9/5/2002 | Superior Crt. Pa. Phila. |
| 9/12/2002 | Off Atty Gen - Phila. |
| 9/17/2002 | Shellenberger Atty - Phila. |
| 9/19/2002 | Crt Common Pleas - Norris |
| 9/20/2002 | Kunz, Dist Crt Phila |
|  | Supreme Crt PA - Phila |
| 9/23/2002 | Ct Common Pleas Phila |
| 9/27/2002 | Cor Atty - PA |

## Savage - CB-2674

| Date | Sender |
|---|---|
| 5/10/2002 | U.S. Dist. Crt. Hbg. |
| 5/20/2002 | U.S. Dist. Crt. Pa. |
| 5/22/2002 | McGinley Atty - Pa. |
| | U.S. Crt Appeals Phila. |
| | U.S. Dist. Crt. Hbg. |
| 6/6/2002 | ACLUF - Phila |
| 6/11/2002 | ACLUF - Phila |
| 6/13/2002 | U.S. Crt Appeals Phila. |
| 6/21/2002 | Strum Atty - Pa. |
| 6/25/2002 | Love Esq - Phila. |
| 7/2/2002 | U.S. Crt Appeals Phila. |
| 7/8/2002 | American Bar - Ill. |
| 7/11/2002 | Shellenberger Atty Phila |
| 7/12/2002 | Strum Atty - Pa. |
| 7/15/2002 | Off Governor Hbg |
| 7/22/2002 | Shellenberger Atty Phila |
| 7/23/2002 | US Dept Justice WV |
| 7/24/2002 | Reilly Atty - Pa |
| 7/25/2002 | Off Atty General - Phila |
| | Shellenberger Atty Phila |
| 8/5/2002 | U.S. Crt Appeals Phila. |
| | Supreme Crt. US - DC |
| 8/16/2002 | U.S. Dist. Crt. Phila. |
| 8/19/2002 | Comm Crt - Hbg |

| Date | Entity |
| --- | --- |
| 8/23/2002 | US Dept Justice WV |
| 9/11/2002 | Off Atty General - Phila |
| 9/12/2002 | Off Atty General - Phila |
| 9/13/2002 | Strum Atty - Pa. |
| 9/16/2002 | Strum Atty - Pa. |
| 9/17/2002 | Shellenberger Atty Phila |
| 9/20/2002 | Kunz Dist Crt - Phila |
| 9/23/2002 | Kunz, Atty - Phila |

## **Pavlichko - DK-0199**

| Date | Sender |
|---|---|
| 5/1/2002 | Dept. of Children Phila |
| 5/2/2002 | Orphan's Crt. Phila |
| 5/6/2002 | Moran Atty Pa |
| 5/17/2002 | U.S. Dist. Crt. Phila. |
| 5/20/2002 | U.S. Dist. Crt. Phila. |
| 5/23/2002 | U.S. Dist. Crt. Phila. |
| 5/28/2002 | U.S. Dist. Crt. Phila. |
| 5/29/2002 | U.S. Dist. Crt. John Judge Phila. |
| 5/30/2002 | U.S. Dist. Crt. Phila. |
|  | Conahan Judge Pa. |
| 5/31/2002 | U.S. Dist. Crt. Phila. |
|  | U.S. Dist. Crt. Phila. |
| 6/7/2002 | Supreme Crt. Pa Hbg |
|  | Luzerne Crt. House Pa |
|  | ACLUF Phila |
| 6/10/2002 | Supreme Crt. Phila. |
| 6/13/2002 | Luzerne Crt. House Pa |
| 6/14/2002 | U.S. Dist. Crt. Phila. |
| 6/20/2002 | Supreme Crt. Pa Hbg |
| 6/26/2002 | Luzerne Crt. House Pa |
| 6/28/2002 | U.S. Dept. Justice - DC |
|  | Stankovic esq - Pa. |
| 7/1/2002 | Atty Falcone |
| 7/5/2002 | Luzerne Crt. House Pa |

| Date | Recipient |
|---|---|
| 7/11/2002 | Shellenberger Atty - Phila |
| 7/12/2002 | Ciavarella Judge - Pa |
| | U.S. Dist. Crt. Phila. |
| 7/17/2002 | U.S. Dist. Crt. Phila. |
| | Reilly Atty Pa |
| 7/22/2002 | Reilly Atty Pa |
| | Comm Ct. Pa. - Hbg |
| | Shellenberger Atty - Phila |
| 7/24/2002 | U.S. Dept. Justice - Phila |
| | Juvenile Law Phila |
| 7/25/2002 | Shellenberger Atty - Phila |
| | Off Atty Gen - Phila |
| 7/31/2002 | U.S. Dist. Crt. Phila. |
| | U.S. Dept. Justice - Phila |
| | Brilo Atty. - Pa. |
| 8/6/2002 | Harvey Esq Phila (return letter) |
| 8/12/2002 | Luzerne Crt. House Pa |
| 8/15/2002 | Himbaugh Esq - Pa. |
| 8/16/2002 | U.S. Dist. Crt. Phila. |
| 8/19/2002 | Moran Atty Pa |
| 8/29/2002 | Ciavarella Judge - Pa |
| 9/4/2002 | U.S. Dept. Justice - Phila |
| | U.S. Dist. Crt. Phila. |
| 9/5/2002 | Superior Crt Pa - Harris |
| 9/11/2002 | Off Atty Gen - Phila |

Pavlichko DK0199.xls

| | |
|---|---|
| 9/13/2002 | Himbaugh Esq - Pa. |
| | US Dist. Judge - Phila |
| 9/16/2002 | Love Esq - Phila |
| | Moran Atty Pa |
| 9/17/2002 | Shellenberger Atty - Phila |
| 9/20/2002 | U.S. Dist. Crt. Phila. |

## CERTIFICATE OF SERVICE

I, John O. J. Shellenberger, hereby certify that a true and correct copy of the foregoing Declaration of Kim Ulisny was mailed on August 21, 2003 by first class mail, postage prepaid, to:

Derrick Dale Fontroy, AY-7513;
Theodore B. Savage, CB-2674;
Aaron Christopher Wheeler, BZ-2590
James S. Pavlichko, DK-0199
State Correctional Institution
 at Graterford
P.O. Box 244
Graterford, PA 19426-0244

D. MICHAEL FISHER
ATTORNEY GENERAL

BY: _____
John O.J. Shellenberger
Chief Deputy Attorney General
Identification No. 09714

OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603
Telephone: (215) 560-2940
Fax:  (215) 560-1031