IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK DALE FONTROY, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| GOVERNOR MARK S. SCHWEIKER, et al.,: | | |
| Defendants | : | NO. 02-2949 |

**AMENDED CERTIFICATE OF SERVICE RE DEFENDANTS'
RESPONSE TO PLAINTIFFS' MOTION FOR EMERGENCY RELIEF**

I, John O. J. Shellenberger, hereby certify that the Defendants' Response to Plaintiffs' Motion for Emergency Relief has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that true and correct copies of the Defendants' Response to Plaintiffs' Motion for Emergency Relief were mailed on October 10, 2003 by first class mail, postage prepaid, to:

    Derrick Dale Fontroy, AY-7513;
    Theodore B. Savage, CB-2674;
    Aaron Christopher Wheeler, BZ-2590
    James S. Pavlichko, DK-0199
    State Correctional Institution
    at Graterford
    P.O. Box 244
    Graterford, PA 19426-0244

                              D. MICHAEL FISHER
                              ATTORNEY GENERAL


                  BY:   s/ John O. J. Shellenberger
                        John O.J. Shellenberger
                        Chief Deputy Attorney General
                        Identification No. 09714