IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK DALE FONTROY, et al.,           :       CIVIL ACTION
                Plaintiffs              :
        v.                              :
GOVERNOR MARK S. SCHWEIKER, et al.,:
                Defendants              :       NO. 02-2949

**ORDER**

AND NOW, this      day of            , 2003, it is ORDERED that Plaintiff Wheeler's Motion for Emergency Relief (document 106) is DENIED.

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK DALE FONTROY, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| GOVERNOR MARK S. SCHWEIKER, et al.,: | | |
| Defendants | : | NO. 02-2949 |

**DEFENDANTS' RESPONSE TO PLAINTIFF WHEELER'S
MOTION FOR EMERGENCY RELIEF**

After the Court denied Plaintiffs' joint Motion for Emergency Relief by Order dated October 14, 2003, Plaintiff Wheeler filed a similar Motion for Emergency Relief on his own (docketed at document no. 106). In it, he claims that he had the right to have the Department of Corrections accept his version of a power of attorney regarding receipt of mail. However, the Court's Order of October 14 rejects this claim. The Court should continue to reject it and should deny Wheeler's Motion, as well as any further motions of the same ilk filed by any of the plaintiffs.

                                                                                 D. MICHAEL FISHER
                                                                                 ATTORNEY GENERAL

                              BY:   s/ John O. J. Shellenberger
                                                 John O.J. Shellenberger
                                                 Chief Deputy Attorney General
                                                 Identification No. 09714

OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603
Telephone: (215) 560-2940
Fax: (215) 560-1031

**CERTIFICATE OF SERVICE**

    I, John O. J. Shellenberger, hereby certify that the Defendants' Response to Plaintiff Wheeler's Motion for Emergency Relief has been filed electronically and is available for viewing and downloading from the ECF system.  I further certify that true and correct copies of the Defendants' Response to Plaintiff Wheeler's Motion for Emergency Relief were mailed on October 31, 2003 by first class mail, postage prepaid, to:

    Derrick Dale Fontroy, AY-7513;
    Theodore B. Savage, CB-2674;
    Aaron Christopher Wheeler, BZ-2590
    James S. Pavlichko, DK-0199
    State Correctional Institution
    at Graterford
    P.O. Box 244
    Graterford, PA 19426-0244

                      D. MICHAEL FISHER
                      ATTORNEY GENERAL

            BY:  s/ John O. J. Shellenberger
                 John O.J. Shellenberger
                 Chief Deputy Attorney General
                 Identification No. 09714