IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK DALE FONTROY, I.** : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** : | |
| **AARON CHRISTOPHER WHEELER** : | |
| **JAMES S. PAVLICHKO** : | |
| : | |
| v.  : | No. 02-CV-2949 |
| : | |
| **MARK S. SCHWEIKER** : | |
| **JEFFREY A. BEARD** : | |
| **DONALD T. VAUGHN** : | |
| **LESLIE HATCHER** : | |
| **KIM ULISNY** : | |

## ORDER

**AND NOW**, this 21st day of January, 2004, upon consideration of the plaintiffs' Motion for Emergency Relief (Docket No. 106), and it appearing that the issues raised in the motion have been addressed in this Court's Order of October 14, 2003, it is **ORDERED** that the motion is **DENIED AS MOOT**.[1]

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.

---

[1] Once again, we warn the plaintiffs that the voluntary revocation of their powers of attorney permitting the prison officials to receive their mail placed and continues to place them at risk of not receiving any mail, including legal and court mail. *See* Order, October 14, 2003 (Docket No. 105).