IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| | : | |
| v. | : | No. 02-CV-2949 |
| | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 21st day of January, 2004, upon consideration of the plaintiffs' Second Motion for Emergency Relief and Hearing (Docket No. 117) and it appearing that the motion raises issues that have already been considered and denied by this Court or by the Honorable William H. Yohn, Jr., *Wheeler, et al. v. Shellenberger, et al.*, No. 03-4826 (E.D. Pa.), it is it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.