IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK DALE FONTROY, I. | : | CIVIL ACTION |
| THEODORE B. SAVAGE, J.D. | : | |
| AARON CHRISTOPHER WHEELER | : | |
| JAMES S. PAVLICHKO | : | |
| | : | |
| | : | |
| | : | |
| v. | : | No. 02-CV-2949 |
| | : | |
| | : | |
| MARK S. SCHWEIKER | : | |
| JEFFREY A. BEARD | : | |
| DONALD T. VAUGHN | : | |
| LESLIE HATCHER | : | |
| KIM ULISNY | : | |

## ORDER

**AND NOW**, this 21st day of January, 2004, upon consideration of plaintiff Aaron Christopher Wheeler's Motion to Vacate (Docket No. 108), in the nature of a motion for reconsideration pursuant to Fed. R. Civ. P. 60(b), it is it is **ORDERED** that the motion is **DENIED AS MOOT**.

_____
TIMOTHY J. SAVAGE, J.