IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| | : | |
| v. | : | No. 02-CV-2949 |
| | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW,** this 11th day of February, 2004, it is **ORDERED** as follows:

1. This Court's Order of July 2, 2003, denying the request for appointment of counsel, is **VACATED**;

2. The plaintiffs' Motion for Appointment of Counsel (Docket No. 33) is **GRANTED**;

3. Stephen D. Brown, Esquire and Yvonne M. McKenzie, Esquire are appointed as counsel to represent the plaintiffs in this action challenging the Pennsylvania Department of Corrections' inmate mail policy, DC-ADM 803, as unconstitutional;

4. The plaintiffs shall not file *pro se* any motions or other pleadings in this action; and,

5. All pleadings on behalf of the plaintiffs shall be filed through counsel.

_____
TIMOTHY J. SAVAGE, J.