IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| | : | |
| v. | : | **NO. 02-CV-2949** |
| | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 16th day of March, 2004, upon consideration of plaintiff Derrick Dale Fontroy, I.'s *pro se* Motion to Vacate (Docket No. 128), in the nature of a motion for reconsideration pursuant to Fed. R. Civ. P. 60(b), it is it is **ORDERED** that the motion is **DENIED**.[1]

_____
TIMOTHY J. SAVAGE, J.

---

[1] On February 11, 2004, counsel was appointed for the plaintiffs. (Docket No. 126). The plaintiffs were instructed not to file any *pro se* motions or other pleadings. All pleadings on behalf of the plaintiffs subsequent to February 11, 2004, shall be filed through counsel.