IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| | : | |
| v. | : | NO. 02-CV-2949 |
| | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 12th day of April, 2004, upon consideration of the Plaintiffs' Motion for Copies of Affidavits/Declarations and Filings of Non-Party State Prisoners (Docket No.109), it is it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to docket each of the attached fifty-four (54) affidavits individually in the following format:

"Affidavit of (affiant's name) re: opening of legal mail."

_____
TIMOTHY J. SAVAGE, J.