IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY et. al.** | : | |
| Plaintiffs | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 02-cv-2949 |
| | : | |
| **JEFFREY A. BEARD et. al** | : | |
| Defendants | : | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED TO that attorneys Stephen D. Brown and Yvonne M. McKenzie will withdraw as counsel for the plaintiffs in the above-captioned case and attorney Teri B. Himebaugh will be substituted as counsel in their place.

TH1123_____     _____
Teri B. Himebaugh, Esq.                     Stephen Brown
Attorney for Plaintiff                      Attorney for Defendants

5/14/04                                     _____
Date                                        Date

_____
                           **J.**