IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| | : | |
| v. | : | **NO. 02-CV-2949** |
| | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 24th day of May, 2004, upon consideration of plaintiff Derrick Dale Fontroy's Motion for TRO/PI (Docket No. 189), it is **ORDERED** that the motion is **DENIED**.[1]

_____
TIMOTHY J. SAVAGE, J.

---

[1] Plaintiff Fontroy's motion is similar to previous motions and pleadings filed by the plaintiffs that allege facts and claims which are unrelated to the original complaint. Additionally, on February 11, 2004, counsel was appointed for the plaintiffs. (Docket No. 126). The plaintiffs were instructed not to file any *pro se* motions or other pleadings. All pleadings on behalf of the plaintiffs subsequent to February 11, 2004, must be filed through counsel.