# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| | : | |
| v. | : | No. 02-CV-2949 |
| | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 26st day of July, 2004, upon consideration of the plaintiffs' *pro se*[1] Motion for Leave to Amend Complaint (Docket No. 195), it is **ORDERED** that the motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.

---

[1] On February 11, 2004, counsel was appointed for the plaintiffs. (Docket No. 126). The plaintiffs were instructed that all pleadings must be filed through counsel.