IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| | : | |
| v. | : | NO. 02-2949 |
| | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW,** this 23rd day of September, 2004, upon consideration of the Defendants' Motion for Leave to Take Plaintiffs' Depositions (Docket No. 203), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that counsel for the defendants shall take the deposition of the plaintiffs Derrick Dale Fontroy, James S. Pavlichko, Theodore B. Savage, and Aaron Christopher Wheeler, inmates currently in the custody of the Pennsylvania Department of Corrections at the State Correctional Institution at Graterford. The depositions shall take place, pursuant to written notice, in an appropriate location selected by the Commissioner of the Department of Corrections or his designee, and shall be videotaped and transcribed at the defendants' expenses. The depositions shall take place no later than **November 5, 2004**.

_____
TIMOTHY J. SAVAGE, J.