N THE UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, ET AL** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 02-2949** |
| v. | : | |
| | : | |
| **MARK S. SCHWEIKER, GOVERNOR, ET AL** | : | |

<u>**ORDER**</u>

**AND NOW**, this 27th day of September, 2004, it appearing that this action cannot proceed to trial and disposition, it is **ORDERED** as follows:

1. The Clerk of Court shall transfer this action to the Civil Suspense File;

2. The case shall be marked closed for statistical purposes; and,

3. The Court shall retain jurisdiction and the case shall be returned to the trial docket when it is in such status as it may proceed to final disposition.

**IT IS FURTHER ORDERED** that the entry of this Order is without prejudice to the rights of the parties.

_____
TIMOTHY J. SAVAGE, J.