IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| v. | : | NO. 02-2949 |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 18th day of January, 2005, upon consideration of plaintiff James S. Pavlichko's Motion to Withdraw as a Party (Document No. 215), and the plaintiff Pavlichko having advised the Court the he wishes to withdraw his motion, it is **ORDERED** that the motion is **DENIED AS MOOT**.

_____/s/_____
TIMOTHY J. SAVAGE, J.