IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In the Matter of:

FONTROY et. al.   )
     )
    Plaintiffs   )
     )
    v.   )   Action No: 02-2949
     )
SCHWEIKER et. al.   )
    Defendants   )

**AND NOW**, this _____ day of _____, 2005, upon consideration of the verified Petition of Counsel for Plaintiffs for Leave to Withdraw, it is hereby **ORDERED** and **DECREED** that said Petition is **GRANTED**.

It is further **ORDERED** and **DECREED** that Ms. Himebaugh is permitted to withdraw her appearance as counsel of record for the plaintiffs in the above-captioned matter and the same is hereby withdrawn.

BY THE COURT:

_____
J.

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

In the Matter of:

|  |  |  |
|---|---|---|
| FONTROY et. al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Action No: 02-2949 |
| | ) | |
| | ) | |
| SCHWEIKER et. al. | ) | |
| Defendants | ) | |

Teri B. Himebaugh, Esquire ("Petitioner") hereby petitions the Court for Leave to Withdraw as Counsel to the Plaintiffs in the above-captioned matter. In support of this petition, Petitioner avers the following:

Petitioner was appointed to serve as counsel for the Plaintiffs by this Honorable Court. Petitioner subsequently represented Plaintiffs during depositions and oral argument of the case. Despite being appointed counsel, Plaintiffs continued to correspond directly with the Court. When advised again by Ms. Himebaugh that this was improper and that the Court had indicated that it would not accept any further <u>ex parte</u> correspondence, Plaintiffs requested that Petitioner withdraw so that they may correspond directly with the Court rather than through counsel. (See March 7, 2005 letter from Plaintiffs, a copy of which was sent to the Court by Plaintiffs). Plaintiffs have advised that unless Petitioner

petition to withdraw, they will file a Disciplinary complaint against her for not withdrawing.

    For the foregoing reasons, Petitioner respectfully requests that she be permitted to withdraw and that Plaintiffs be permitted to represent themselves <u>pro se</u>.

    **WHEREFORE**, Petitioner respectfully requests that the Court grant the instant Petition for Leave to Withdraw and enter the proposed Order accompanying the Petition.

Date:  March 9, 2005    BY: __<u>TH1123</u>_____
                                      TERI B. HIMEBAUGH, ESQUIRE
                                      ATTORNEY FOR PLAINTIFF

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In the Matter of:

|  |  |  |
|---|---|---|
| FONTROY et. al. | ) | |
| Plaintiffs | ) | |
| v. | ) | Action No: 02-2949 |
| SCHWEIKER et. al. | ) | |
| Defendants | ) | |

    I, Teri B. Himebaugh, Esquire, attorney for the Plaintiffs, hereby certify that on March 9, 2005, I served Petitioner's Motion to Withdraw, which was filed electronically and First Class Mail, postage prepaid on the following:

John Shellenberger, Esq.
Office of the Attorney General
21 S. 12th St. 3rd Fl.
Philadelphia, PA 19107

Date: March 9, 2005        TH1123_____
                                      TERI B. HIMEBAUGH, ESQUIRE