IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | **NO. 02-2949** |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| v. | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 16th day of March, 2005, upon consideration of the Motion to Withdraw as Attorney (Document No. 218) and counsel having been appointed at the request of the plaintiffs who now request that counsel withdraw, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiffs shall simultaneously file with the court courtesy copies of all original pleadings filed with the Clerk and serve copies upon counsel for the defendants.

                                                                              s/Timothy J. Savage
                                                           TIMOTHY J. SAVAGE, J.