**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| **v.** | : | **No. 02-2949** |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

AND NOW, this 27th day of October, 2005, upon consideration of the Plaintiffs'

Motion for an Extension of Time (Document No. 233) and the Court having ruled on the

underlying motion, it is **ORDERED** that the motion for an extension of time is **DENIED AS**

**MOOT**.


_____/s/_____
TIMOTHY J. SAVAGE, J.