IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | CIVIL ACTION |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| v. | : | No. 02-2949 |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

# ORDER

**AND NOW**, this 22nd day of November, 2005, upon consideration of the plaintiffs' Motion to Stay All Answers, Responses and Proceedings (Document No. 239), it is **ORDERED** that the motion is **GRANTED**.

                                          /s/
                              _____
                              TIMOTHY J. SAVAGE, J.