IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| v. | : | No. 02-2949 |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 11th day of January, 2006, upon consideration of the Plaintiffs' Motion for Expedited Video Conference and Emergency Injunction (Document No. 246), the defendant's response, and Judge Yohn's Order addressing the identical motion in Civil Action No. 03-4826 and scheduling a video conference for January 31, 2006, it is **ORDERED** that the motion is **DENIED**.

/s/
_____
TIMOTHY J. SAVAGE, J.