IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| **v.** | : | **No. 02-2949** |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 8th day of March, 2006, upon consideration of the plaintiffs' Motion for Protective Order (Document No. 255), it is **ORDERED** that the motion is **DENIED**.[1]


                                             /s/ Timothy J. Savage
                                             TIMOTHY J. SAVAGE, J.

---

[1] The plaintiffs base their complaints upon an alleged violation of court orders that were entered in an unrelated case by another judge. There is no order in this case preventing the defendants from transferring the plaintiffs to another correctional institution.