IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| v. | : | No. 02-2949 |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

### ORDER

**AND NOW**, this 8th day of March, 2006, upon consideration of the plaintiffs' Motion for Expedited Video Conference and for Emergency Injunction (Document No. 251), the defendants' response, and the Court having denied a similar motion on January 11, 2006 (Document No. 248) because Judge Yohn had addressed identical matters in Civil Action No. 03-4826, it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE, J.