IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| v. | : | No. 02-2949 |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 21st day of March, 2006, upon consideration of plaintiff Derrick Dale Fontroy, I.'s Emergency Motion for Stay Pending Appeal (Document No. 260), it is **ORDERED** that the motion is **DENIED**.

                                                                                                     s/Timothy J. Savage
                                                                                  TIMOTHY J. SAVAGE, J.