**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | **NO. 02-2949** |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

   **AND NOW**, this 28th  day of August, 2006, upon consideration of the Stipulation of
Voluntary Dismissal among the plaintiff James S. Pavlichko and the defendants, it is
**ORDERED** that the Stipulation is **APPROVED** and the plaintiff James S. Pavlichko's claims
against the defendants are **DISMISSED WITH PREJUDICE**.


                                          s/Timothy J. Savage
                                          TIMOTHY J. SAVAGE, J.