IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK DALE FONTROY, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| GOVERNOR MARK SCHWEIKER, et al.., | : | |
| Defendants | : | NO. 02-CV-2949 |

## ORDER

AND NOW, this       day of September, 2006, it is ORDERED that

1. This case is removed from Civil Suspense;

2. The parties may, within ten days after entry and service of this Order, file supplemental memoranda of law relevant to the outstanding cross-motions for summary judgment. The parties may respond to each others' submissions within another ten days thereafter.

BY THE COURT:

_____
TIMOTHY J. SAVAGE, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK DALE FONTROY, et al., | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| GOVERNOR MARK SCHWEIKER, et al., | : | |
| Defendants | : | NO. 02-CV-2949 |

MOTION TO REMOVE CASE FROM SUSPENSE AND
GRANT LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

Defendants move the Court to remove this case from civil suspense and grant them leave to file a supplemental memorandum of law, and state:

1. The Court has before it cross-motions for summary judgment.

2. By orders dated May 6, 2005 (Document 227)and October 26, 2005 (Document 237), the Court placed the case in suspense pending decisions by the Court of Appeals in the cases of Taylor v. Oney, No. 04-2062; Jones v. Brown, No. 03-3823; and Allah v. Governor, State of New Jersey, Nos. 04-4426, 04-4493.

3. On August 24, 2006, the Court of Appeals issued its decisions in the above cases.

4. Defendants wish to submit a memorandum of law regarding the consolidated Jones v. Brown and Allah v. Codey decision, as well as the recent the U.S. Supreme Court decision in Beard v. Banks, 126 S.Ct. 2572 (2006), which upholds restrictions on First Amendment rights of Pennsylvania prisoners.

WHEREFORE, Defendants request that the Court remove this case from suspense and grant them leave to file a supplemental memorandum of law.

                                            THOMAS W. CORBETT, JR.
                                            Attorney General of Pennsylvania

                              By:  s/John O. J. Shellenberger

| | |
|---|---|
| | John O. J. Shellenberger |
| Office of Attorney General | Chief Deputy Attorney General |
| 21 S. 12th Street, 3rd Floor | Attorney I.D. No. 09714 |
| Philadelphia, PA 19107 | Attorney for Defendants |
| Phone: (215) 560-2940 | |
| Fax:    (215) 560-1031 | |

CERTIFICATE OF SERVICE

I, John O. J. Shellenberger, hereby certify that Defendants' Motion To Remove Case From Suspense And Grant Leave To File Supplemental Memorandum has been filed electronically and is available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that a true and correct copy of Defendants' Motion To Remove Case From Suspense And Grant Leave To File Supplemental Memorandum was mailed on September 11, 2006, by first class mail, postage prepaid to:

Derrick Dale Fontroy, AY-7513
State Correctional Institution
at Forest
P.O. Box 307
Marienville, PA 16239-0307

Aaron Christopher Wheeler, BZ-2590
State Correctional Institution
at Graterford
P.O. Box 244
Graterford, PA 19426-0244

Theodore B. Savage, CB-2674
State Correctional Institution
at Cresson
Drawer A, Old Route 22
Cresson, PA 16699-0001

s/ John O. J. Shellenberger
―――――――――――――――――
John O. J. Shellenberger
Chief Deputy Attorney General
Attorney I.D. No. 09714

Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107
Phone: (215) 560-2940
Fax:    (215) 560-1031