IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | CIVIL ACTION |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | NO. 02-2949 |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| v. | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 12th day of September, 2006, upon consideration of the Motion to Remove Case From Suspense and Grant Leave to File Supplemental Memorandum (Document No. 279), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The Clerk shall remove this case from Civil Suspense;

2. No later than **September 25, 2006,** the parties shall file supplemental memorandum of law addressing the effects, if any, of the decision of the Third Circuit Court of Appeals in *Jones v. Brown* and *Allah v. Codey*, and the decision of the Supreme Court in *Beard v. Banks*.

                                                              s/Timothy J. Savage
                                                            TIMOTHY J. SAVAGE, J.