IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | **NO. 02-2949** |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 26th day of September, 2006, upon consideration of the Motion for Enlargement of Time (Document No. 284), it is **ORDERED** that the motion is **GRANTED** and the plaintiffs shall file their supplemental memorandum of law no later than **November 25, 2006.**

                                                 s/Timothy J. Savage
                                           TIMOTHY J. SAVAGE, J.