IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | **NO. 02-2949** |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| v. | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

### ORDER

**AND NOW**, this 27th day of September, 2006, upon consideration of the Motion for Appointment of Counsel and *Status Quo Ante* (Document No. 285) and counsel having been appointed previously to represent the plaintiffs and plaintiffs having discharged appointed counsel, it is **ORDERED** that the motion is **DENIED.**

                                                      s/Timothy J. Savage
                                                     TIMOTHY J. SAVAGE, J.