IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK DALE FONTROY, I. | : | CIVIL ACTION |
| THEODORE B. SAVAGE, J.D. | : | |
| AARON CHRISTOPHER WHEELER | : | |
| JAMES S. PAVLICHKO | : | |
| | : | |
| v. | : | No. 02-2949 |
| | : | |
| MARK S. SCHWEIKER | : | |
| JEFFREY A. BEARD | : | |
| DONALD T. VAUGHN | : | |
| LESLIE HATCHER | : | |
| KIM ULISNY | : | |

## ORDER

**AND NOW**, this 13th day of February, 2007, it is **ORDERED** that no later than **March 30, 2007,** the parties shall file memoranda of law addressing the following questions:

1. How, if at all, the inmate mail handling procedures at issue in this action differ from those in the case of *Robinson v. Pennsylvania Department of Corrections*, 2000 WL 210096 (E.D.Pa. 2007); and

2. Why the decision and ruling in *Robinson v. Pennsylvania Department of Corrections*, *supra*, should not control or guide the court in ruling on the issues in this action?

                                                       s/Timothy J. Savage
                                                 TIMOTHY J. SAVAGE, J.