IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.** | : | CIVIL ACTION |
| **THEODORE B. SAVAGE, J.D.** | : | |
| **AARON CHRISTOPHER WHEELER** | : | NO. 02-2949 |
| **JAMES S. PAVLICHKO** | : | |
| | : | |
| v. | : | |
| | : | |
| **MARK S. SCHWEIKER** | : | |
| **JEFFREY A. BEARD** | : | |
| **DONALD T. VAUGHN** | : | |
| **LESLIE HATCHER** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 12th day of April, 2007, it is **ORDERED** as follows:

1. The amended complaint is **DISMISSED** as to defendants Mark S. Schweiker and Leslie Hatcher only;[1]

2. David DiGuglielmo is substituted as a defendant for Donald Vaughn;[2] and

3. Plaintiff James Pavlichko is **DISMISSED** as a plaintiff.[3]

4. The caption shall be **AMENDED** to reflect the above changes and shall read as follows:

---

[1] In the amended complaint, plaintiffs do not name Schweiker and Hatcher in the caption nor set forth any allegations against them. Thus, they have failed to state a claim against them.

[2] Effective August of 2003, David DiGuglielmo replaced Donald Vaughn as Superintendent of SCI Graterford. Under Fed. R. Civ. P. 25(d)(1), when a public officer is a party to an action in his official capacity and ceases to hold office during the pendency of the case, his successor is automatically substituted as a party.

[3] On August 28, 2006, the court entered an order approving a Stipulation of Voluntary Dismissal entered into among plaintiff Pavlichko and the defendants. All of Pavlichko's claims against the defendants were dismissed with prejudice. *See* Document No. 278.

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.,** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D., and** | : | |
| **AARON CHRISTOPHER WHEELER** | : | **NO. 02-2949** |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFREY A. BEARD,** | : | |
| **DAVID DIGUGLIELMO, and** | : | |
| **KIM ULISNY** | : | |

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.