**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.,** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D., and** | : | |
| **AARON CHRISTOPHER WHEELER** | : | **NO. 02-2949** |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFREY A. BEARD,** | : | |
| **DAVID DIGUGLIELMO, and** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 1st day of May, 2007, upon consideration of the Petition of Mandamus (Document No. 303) and it appearing that plaintiff Derrick Dale Fontroy is responding to the earlier Order regarding the *Robinson* decision, it is **ORDERED** that the petition is **DENIED**.[1]

s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.

---

[1] To the extent that the pleading was characterized as a petition, it is denied. However, the content of the pleading will be considered as a supplement to the plaintiffs' earlier memoranda of law.