**Services Provided by T. Himebaugh**
**RE: Fontroy, Savage, Wheeler**
**Pavlichko v Schweiker**

| DATE | DESCRIPTION OF SERVICE | ATTY. HR. | RATE | FEE | COSTS |
|---|---|---|---|---|---|
| 5/5/04 | Review of materials | 1.50 | $60.00 | | |
| 5/12/04 | Call fr. Steve Brown re: accepting case | 0.50 | $60.00 | | |
| 5/12/04 | Call fr. Court and call to Brown re: Entry of App. | 0.25 | $60.00 | | |
| 5/19/04 | Review of file, call to Shellenberger, letter to clients | 5.50 | $60.00 | | |
| 6/16/04 | Meeting w/ clients; letter to Shellenberger | 3.50 | $60.00 | | |
| 7/7/04 | Prep and Conf. Call with court and Shellenberger; letter to clients | 1.75 | $60.00 | | |
| 7/14/04 | Review of letter fr. Clients and letter to clients | 0.75 | $60.00 | | |
| 7/26/04 | Review of memo fr. D and correspondence | 0.50 | $60.00 | | |
| 7/29/04 | Conf. Call to ct; letter to clients, research | 3.00 | $60.00 | | |
| 8/4/04 | Call fr. Shellenberger | 0.25 | $60.00 | | |
| 8/9/04 | Call fr. Shellenberger | 0.10 | $60.00 | | |
| 8/16/04 | Call fr. Shellenberger re: scheduling of depositions | 0.10 | $60.00 | | |
| 8/23/04 | Call to Shellenberger re: Dep dates | 0.10 | $60.00 | | |
| 8/26/04 | Call fr. Shellenberger, letter to Ct and clients | 0.25 | $60.00 | | |
| 9/2/04 | Call fr. Shellenberger re: scheduling of hearing; letter fr/to clients | 0.75 | $60.00 | | |
| 9/17/04 | Letter to clients re: deps | 0.50 | $60.00 | | |
| 10/3/04 | Letter to clients re: deps | 0.25 | $60.00 | | |
| 10/13/04 | Letter to clients and letter to Shellenberger re: deps | 0.75 | $60.00 | | |
| 10/25/04 | Prepare for depositions, copy exhibits, research law | 9.00 | $60.00 | | |
| 10/27/04 | depositions | 6.50 | $60.00 | | |
| 10/28/04 | depositions and revisions to dep questions | 8.50 | $60.00 | | |
| 11/3/04 | depositions | 5.00 | $60.00 | | |
| 11/4/04 | depositions | 2.00 | $60.00 | | |
| | Deposition fee Savage and Fontroy | | | | $835.15 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | Deposition fee Pavlichko and Wheeler | | | $540.95 |
| | Deposition fee Beard, Murray, Ulisny | | | $788.65 |
| 11/15/04 | Research | 4.50 | $60.00 | |
| 11/15/04 | Work on Memorandum of Law | 9.00 | $60.00 | |
| 11/17/04 | Work on Memorandum of Law | 6.00 | $60.00 | |
| 11/18/04 | Work on Memorandum of Law | 6.50 | $60.00 | |
| 11/29/04 | Call fr. Shellenberger re: hearing | 0.10 | $60.00 | |
| 12/2/04 | Work on Memorandum of Law; index Beard dep | 8.00 | $60.00 | |
| 12/3/04 | Work on Memorandum of Law | 9.00 | $60.00 | |
| | index Murray and Ulisny deps | | | |
| 12/4/04 | Complete Memorandum of Law | 6.50 | $60.00 | |
| 12/5/04 | Copies, binding of Memorandum and Exhibits | | | $105.07 |
| 12/6/04 | Cover letter, postage | 0.25 | $60.00 | |
| 12/8/04 | Review of D's Memo and letter to clients | 2.00 | $60.00 | |
| 12/27/04 | PICLF Payment #1 ($1,437.25) | | | |
| 1/7/05 | Review for Oral Argument and addl research | 6.50 | $60.00 | |
| | in respn D's Supplimental Motion | | | |
| 1/10/05 | Oral argument | 1.50 | $90.00 | |
| 2/28/05 | research for client, letter to client (Savage) | 0.50 | $60.00 | |
| 3/9/05 | Motion to Withdraw; review letters from client | 1.25 | $60.00 | |
| 4/29/05 | PICLF Payment #2 ($715.57) | | | |
| 5/7/07 | Preparation of fee petition; call to Silver re: costs | 1.00 | $60.00 | |
| TOTAL | | 113.90 | | $6,878.00    $2,269.82 |

**TOTAL OWED $9147.82**