IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.,** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D., and** | : | |
| **AARON CHRISTOPHER WHEELER** | : | **NO. 02-2949** |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY A. BEARD,** | : | |
| **DAVID DIGUGLIELMO, and** | : | |
| **KIM ULISNY** | : | |

# ORDER

**AND NOW**, this 8th day of May, 2007, upon consideration of the Defendants' Motion to Amend Judgment (Document No. 306), it is **ORDERED** that the motion is **DENIED**.[1]

      /s/ Timothy J. Savage
      TIMOTHY J. SAVAGE, J.

---

[1] The definition of legal mail was never in dispute. The Department of Corrections defined "legal mail" in its regulations and in this litigation. The definition never included mail other than mail from attorneys and courts. The decision in this case neither expands nor contracts that definition.