IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK DALE FONTROY, et al.,          :          CIVIL ACTION

                 Plaintiffs          :

       v.                                         :

JEFFREY A. BEARD, et al.,                :

                 Defendants          :          NO.  02-CV-2949

<u>NOTICE OF APPEAL</u>

Notice is hereby given that Jeffrey A. Beard, David DiGuglielmo, and Kim

Ulisny, defendants in the above named case, hereby appeal to the United

States Court of Appeals for the Third Circuit from the order, injunction, and

final judgment entered in this action on May 3, 2007 and the order denying

Defendants' Motion to Amend Judgment entered May 8, 2007.

                                 THOMAS W. CORBETT, JR.
                                 Attorney General of Pennsylvania

                 By:  s/John O. J. Shellenberger
                          ——————————————————

                          John O. J. Shellenberger
Office of Attorney General          Chief Deputy Attorney General
21 S. 12th Street, 3rd Floor          Attorney I.D. No. 09714
Philadelphia, PA 19107          Attorney for Defendants
Phone: (215) 560-2940
Fax:    (215) 560-1031

CERTIFICATE OF SERVICE

I, John O. J. Shellenberger, hereby certify that Defendants' Notice of

Appeal has been filed electronically and is available for viewing and

downloading from the Court's Electronic Case Filing System. I further certify

that a true and correct copy of Defendants' Notice of Appeal was mailed on

May 10, 2007, by first class mail, postage prepaid to:

Derrick Dale Fontroy, AY-7513          Aaron Christopher Wheeler, BZ-2590
State Correctional Institution         State Correctional Institution
at Fayette                             at Graterford
50 Overlook Drive                      P.O. Box 244
LaBelle, PA 15450-1050                 Graterford, PA 19426-0244

Theodore B. Savage, CB-2674
State Correctional Institution
at Cresson
Drawer A, Old Route 22
Cresson, PA 16699-0001


                                       s/ John O. J. Shellenberger
                                       _____

                                       John O. J. Shellenberger
Office of Attorney General             Chief Deputy Attorney General
21 S. 12th Street, 3rd Floor           Attorney I.D. No. 09714
Philadelphia, PA 19107
Phone: (215) 560-2940
Fax:     (215) 560-1031