IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Derrick Dale Fontroy I., et al.

                 vs.

Jeffrey Beard, et al.

02-2949
District Court Docket Number

Notice of Appeal Filed 5/10/07
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal  x  Paid  __ Not Paid  __ Seaman
    Docket Fee         x  Paid  __ Not Paid  __ USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC: Judge Timothy J. Savage
    Clerk USCA
    Appeals Clerk
    John O.J. Shellenberger, Esq.

Defendant's Address (for criminal appeals)

Prepared by : _____  May 11, 2007
                Gregg Swierczynski, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm