IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.,** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D., and** | : | |
| **AARON CHRISTOPHER WHEELER** | : | **NO. 02-2949** |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY A. BEARD,** | : | |
| **DAVID DIGUGLIELMO, and** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 14th day of May, 2007, it is **ORDERED** that Terri B. Himebaugh, Esquire of the Prisoner Civil Rights Panel is appointed to represent the plaintiffs in this action on appeal.

                                                      s/Timothy J. Savage
                                              TIMOTHY J. SAVAGE, J.