IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.,** | : | CIVIL ACTION |
| **THEODORE B. SAVAGE, J.D., and** | : | |
| **AARON CHRISTOPHER WHEELER** | : | NO. 02-2949 |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY A. BEARD,** | : | |
| **DAVID DIGUGLIELMO, and** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 16th day of May, 2007, upon consideration of the *pro se* Motion for Extension of Time (Document No. 313) and counsel having been appointed to represent the plaintiffs for appeal purposes, it is **ORDERED** that the motion is **DENIED.**

                                                            s/Timothy J. Savage
                                                    TIMOTHY J. SAVAGE, J.