IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Derrick Dale Fontroy, I., et al.

02-2949
District Court Docket Number

vs.

Jeffrey A. Beard, et al.

Notice of Appeal Filed 5/17/07
Court Reporter(s)/ESR Operator(s)

FILED
MAY 17 2007
MICHAEL E. ~~~ ~~~ Clerk
By _____ Dep. Clerk

Filing Fee:
   Notice of Appeal __Paid _x_Not Paid  __Seaman
   Docket Fee      __Paid _x_Not Paid  __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC: Judge Timothy J. Savage
    Clerk USCA
    Appeals Clerk

Defendant's Address (for criminal appeals)

Prepared by: _____ May 17, 2007
Gregg Swierczynski, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm