IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.,** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D., and** | : | |
| **AARON CHRISTOPHER WHEELER** | : | **NO. 02-2949** |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY A. BEARD,** | : | |
| **DAVID DIGUGLIELMO, and** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 16th day of May, 2007, upon consideration of the Plaintiffs' Motion for Clarification and/or to Alter the May 3, 2007 Judgment of the Court (Document No. 316), it is **ORDERED** that the motion is **DENIED**.

                                                      s/Timothy J. Savage
                                            TIMOTHY J. SAVAGE, J.