In The U.S. District Court
For The Eastern District of Penna.

| | |
|---|---|
| Derrick D. Fontroy,<br>Theodore B. Savage, J.D.<br>Aaron C. Wheeler<br>   Plaintiffs<br>  vs.<br>Jeffrey A. Beard<br>David DiGuglielmo<br>Kim Ulisny<br>   Defendants | Civil Action - Law<br><br>No. 02-CV-2949<br><br>(Timothy J. Savage, J.) |

RECEIVED MAY 18 2007

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Derrick D. Fontroy, Theodore B. Savage, J.D., and Aaron C. Wheeler appeals to the Third Circuit Court of Appeals from the decision entered in this matter on May 3, 2007, granting in part, denying in part, the cross-motions for summary judgment.

This Order is evidenced by the docket entries, and the Order dated May 3, 2007 by Judge Timothy J. Savage.

Respectfully submitted,

_Theodore B. Savage_     _Derrick D. Fontroy_
Theodore B. Savage, J.D.   Derrick D. Fontroy
Appellant         Appellant

_Aaron C. Wheeler_
Aaron C. Wheeler
Appellant

Date: May 14th, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I am this day serving a true and correct copy of the foregoing document(s) upon the following individual(s) by Regular First Class Mail, Addressed as follows:

① Mr. John Shellenberger, Esquire
Chief Deputy Attorney General
21 S. 12th Street, 3rd Fl.
Phila, Pa 19107

② Mr. Michael Farnan, Esquire
DOC Chief Counsel
55 Utley Drive
Camp Hill, Pa 17001-0598

③ Honorable Timothy J. Savage
Judges Chambers
U.S. District Court
U.S. Courthouse
601 Market St.
Phila, Pa 19106

Date: May 3rd, 2007, given to prison officials for mailing.

By: _Theodore B. Savage_
Theodore B. Savage, J.D.
SCI-Cresson, # CB-2674
P.O. Box A
Cresson, Pa 16699

Appellant Pro-Se