

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Derrick D. Fontroy, et al.

vs.

Jeffrey A. Beard, et al.

02-2949
District Court Docket Number

Notice of Appeal Filed 5/18/07
Court Reporter(s)/ESR Operator(s)

Filing Fee:
   Notice of Appeal __Paid _x_Not Paid   __Seaman
   Docket Fee        __Paid _x_Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

FILED
MAY 21 2007
MICH____ ____, Clerk
By _____ Dep. Clerk

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

CC: Judge Timothy J. Savage
    Clerk USCA
    Appeals Clerk

Defendant's Address (for criminal appeals)

Prepared by: _____  May 21, 2007
Gregg Swierczynski, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm