# TRANSCRIPT PURCHASE ORDER

**District Court**: Eastern District of Pennsylvania

**Court of Appeals Docket No.**: 07-2446
**District Court Docket No.**: 02-2949

**Short Case Title**: Fontroy, et al. v. Beard, et al.

**Date Notice of Appeal Filed by Clerk of District Court**: 5/8/07

FILED
JUN 14 2007
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## PART I. (To be completed by party responsible for ordering transcript)

NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A. Complete one of the following and serve ALL COPIES:
TRANSCRIPT:

- [x] None
- [ ] Unnecessary for appeal purposes.
- [ ] Already on file in the D.C. Clerk's office.
- [ ] This is to order a transcript of the proceedings heard on the date listed below from _____ (Name of Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

_____

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in trial transcripts.

Voir dire ☐ ; Opening statement of plaintiff ☐  defendant ☐
Closing argument of plaintiff ☐  defendant ☐
Jury instructions ☐  Sentencing Hearings ☐

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.   The method of payment will be:

- [ ] Criminal Justice Act (Attach copy of CJA form 24)
- [ ] Motion for transcript has been submitted to DC Judge
- [ ] Private Funds

Signature _____   Date _____

Print Name: Claudia M. Tesoro    Counsel for: Beard, DiGuglielmo, Ulisny
Address: Office of Attorney General, 21 S. 12th St., 3rd Fl., Phila., Pa. 19107   Telephone: 215-560-2905

## PART II. COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

- [ ] Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made pursuant to FRAP 10(b)

_____ Date    _____ Signature of Court Reporter    _____ Telephone

## PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages    _____ Actual Number of Volumes

_____ Date    _____ Signature of Court Reporter

3CA (12/93)

Copy 6 — Appellant's Copy to be sent to the District Court upon completion of Part I



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
June 12, 2007

TOM CORBETT
ATTORNEY GENERAL

Office of Attorney General
21 South 12th Street, 3rd Floor
Philadelphia, Pa. 19107-3603
Telephone: 215-560-2908
Fax: 215-560-1031

Jimmy Deitz
Clerk's Office
United States District Court
601 Market Street
Philadelphia, Pa. 19106

    Re:    <u>Fontroy, et al. v. Beard, et al.</u>
            Civil Action No. 02-2949 (E.D. Pa.)
            Civil Action No. 07-2446 (3d Cir.)

Dear Mr. Deitz:

    Although a completed Transcript Purchase Order form was filed in the above case on May 31, 2007, electronically, Anne Murphy of your office informed me that I needed to submit the yellow "Copy 6" of the completed form to you. Accordingly, same is enclosed.

    Thank you for your attention to this matter.

                                         Very truly yours,

                                         Claudia M. Tesoro
                                         Senior Deputy Attorney General

CMT/me
Enclosure
cc:    Teri B. Himebaugh, Esq. (w/pink "Copy 7" of TPO)
        Aina R. Laws, Case Manager, 3d Cir. (w/goldenrod "Copy 5" of TPO)