IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK DALE FONTROY, I.,** : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D., and** : | |
| **AARON CHRISTOPHER WHEELER** : | **NO. 02-2949** |
| : | |
| **v.** : | |
| : | |
| **JEFFREY A. BEARD,** : | |
| **DAVID DIGUGLIELMO, and** : | |
| **KIM ULISNY** : | |

## ORDER

**AND NOW**, this 20th day of June, 2007, upon consideration of the defendants' Motion for Stay Pending Appeal (Document No. 310), and the plaintiffs' responses, it is **ORDERED** that the motion is **DENIED**.

            s/Timothy J. Savage
            TIMOTHY J. SAVAGE, J.