

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 07-2446 & 07-2514**

Fontroy v. Beard
(E.D. Pa. No. 02-cv-2949)

**FILED**

SEP 1 9 2007

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

<u>O R D E R</u>

Insofar as Theodore Savage has been advised that he must either pay the filing and docketing fees for 3rd Cir. No. 07-2514 or file a motion for leave to proceed <u>in forma pauperis</u> accompanied by a motion demonstrating that the subject matter of the appeal concerns an issue placing appellant in imminent danger of serious physical injury, and after being warned that the failure to comply with those requirements would result in the dismissal of the appeal as to him, Mr. Savage has failed to comply, to the extent that he has filed a cross-appeal, that appeal is dismissed as to him.



A True Copy:

Marcia M. Waldron, Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: September 18, 2007
ARL/cc: TBH; CMT; JOJS