IN THE UNITED STATES DISTRICT,
EASTERN DISTRICT OF PENNSYLVANIA

DERRICK DALE FONTROY, et al.,
           Plaintiffs,

   -VS-

JEFFREY A. BEARD, et al.,
           Defendants.

Civ. Act. No. 02-2949

Savage, J.

FILED
DEC 24 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

<u>MOTION IN COMPLAINT</u>

TO THE HONORABLE JUDGE SAVAGE:

May 3rd, 2007, Your Honor issued injunctive relief prohibiting the Defendants from opening inmates' legal and Court mail outside of the inmates' presence. On December 11, 2007, SCI-Greene's mailroom violated Your Honor's Order. (See attached 12-12-07 Inmate's Request To Staff Member)

I, Ronald Clark ("CP-5076") am housed at SCI-Greene. I am Plaintiff in Ronald Clark vs.

1

Jeffrey A. Beard, Louis S. Folino and Lynn Abraham, Defendants for where said matter (06-1274) is in the U.S. D. Ct., For W. D. of PA.

In Clark v. Beard, et al., Magistrate Judge Lisa Puplo Lenihan issued her Report and Recommendation in recommending dismissal in favor of Defendants on November 26, 2007. I received the R.R. on November 27, 2007, and on December 3, 2007, I mailed to the Court my timely objection.

December 11, 2007, the objection's returned to me, via the Post office directing I add an addition .17¢ postage; the prison mail office failed to weigh the mail.

The mail was returned to me eight (8) days later through the Regular mail System. As result of the delay of return to sender and the regular mail system I am [techicnically] in default of the ten (10) days to file my objections through no fault of my own. Had the mail been returned to me through the legal mail system I would have

been able to sign for it; which, would have/could have been proof I could present to the Court regarding my timely objection and in delay of eight (8) days at return to Sender.

At attached DC-135A I am told the filing is no longer considered legal once returned to me for whatever reason, which with all due respect is nonsensical and which is a ~~~~ violation of Your Honor's issued May 3rd, 2007, injunction against the type of herein violation. Though Your Honor has no authority over my matter in the Western District Your Honor can see the potential hurdle I face in light of Your Honor's order being violated regard "State-wide" inmates' legal mail.

If Your Honor finds the matter above falls within the meaning of Your Honor's Order, Defendants and/or their agents must be made aware of such.

CERTIFICATE OF SERVICE

I, Ronald Clark, do hereby certify that on this 21st day of December, 2007, I mail first-class through the internal prisoner mailbox system a copy of the foregoing Motion In Complaint upon the parties listed below:

Office of Chief Counsel
for D.O.C.
Debra Sue Rand, ESQ.
55 Utley Drive
Camp Hill, PA 17011

/s/ Ronald Clark
Ronald Clark CP5079
SCI Greene
175 Progress Drive
Waynesburg, PA
15370-8089

B7

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| **INMATE'S REQUEST TO STAFF MEMBER** | Department of Corrections |

INSTRUCTIONS
Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently.

1. To: (Name and Title of Officer)
Mailroom Supervisor

2. Date: 12-12-07

3. By: (Print Inmate Name and Number)
Ronald Clark CP5079

_Inmate Signature_

4. Counselor's Name: Crick

5. Unit Manager's Name: Palya

6. Work Assignment:

7. Housing Assignment: L B 7

8. Subject: State your request completely but briefly. Give details. 12-11-07 I received back the 12-3-07 Plaintiff's objection to mag's R.R. that I had mailed to the federal Court in Pittsburgh using one of my 10 free envelopes. Said was returned to me with a Return to sender stamp for an additional .17¢, the legal mail was opened outside of my presence when if opened in my presence would have been confirmation of my receiving back on 12/11/07. Why was the mail opened outside my presence when it was legal mail, although Return to sender? The mail was given to me opened with regular mail delivery by officer Plauchak.

---

Mail was not opened when it left the institution, but once it left and was Return for what every reason it has to be checked for contraband. DC-ADM 803 does not cover incoming Returned to sender mail as privileged correspondence.

To DC-14 CAR only ☐         To DC-14 CAR and DC-15 IRS ☐

Staff Member Name _____ Print _____ Sign _____ Date 12-12-0

Revised July 2000