IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.,** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D., and** | : | |
| **AARON CHRISTOPHER WHEELER** | : | **NO. 02-2949** |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY A. BEARD,** | : | |
| **DAVID DIGUGLIELMO, and** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 2nd day of January, 2008, upon consideration of the plaintiffs' Motion for Costs (Document No. 328) and the pending appeal in the Third Circuit Court of Appeals, it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**[1].

       /Timothy J. Savage
      TIMOTHY J. SAVAGE, J.

---

[1] The plaintiffs may file a motion for costs upon disposition of the pending appeal in the Third Circuit.