RECEIVED
JAN 1 6 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK DALE FONTROY, et al.,  | CIVIL ACTION
    Plaintiffs,
  -VS-
JEFFREY A. BEARD, et al.,
    Defendants.  | No. 02-CV-2949

## "MOTION IN COMPLAINT" OF RONALD CLARK

At the Submitting of Complaint (doc. no. 336) before the Court out of ignorance I failed to submit the proper filing to proceed without costs, for which will be corrected with this filing, if it so pleases the Court.

Along with the violating of Your Honor's injunction regarding the above officials at SCI-Greene has repeated said violation. See 1-11-08 Inmate's Request To Staff Member. (attached)

Counsel for the Defense on 01-08-2008, moved in motion to have the Court deny

1

doc. no. 336 in stating return to sender for additional postage[1]. Counsel for the Defense motion must be denied in several respects, a few of will be covered here and now:

1) the legal mail listed at doc. no. 336 was addressed to a Court of Competent jurisdiction; 2) the prison mailroom committed the first "error" of "not" weighing the mail, as inmates do not have scales at their disposal; 3) Your Honor's injunction order does and/or should cover matters of "Return to Sender (legal) for whatever reason as there is no undue burden on prison officials; 4) all prison officials needed to do was tell me to add an additional fee to the mail article "without" even feeling some desire to open it up and outside of my presence.

January 11, 2008, Counsel for the defense forwarded Defendants' Response In opposition To "Motion In Complaint" Filed By Ronald Clark (Document 336), for where Counsel Complains to the Court that matters of "Return To Sender Mail" (legal mail addressed to the courts/counsels) for matters such as additional postage is not covered under Your Honor's injunctive

Order.

However, there are numerous common-sense flaws in Counsel's argument. The Central Flaw being as is outlined at document number 336. If a Report and Recommendation is issued on November 26, 2007, received by Plaintiff on November 27, 2007, giving Plaintiff ten (10) days form (from) date of receipt to file objections, objections are filed (or mailed off) December 3, 2007, but are returned to the mailing party between December 3, 2007 - December 11, 2007, for additional postage (but received by the mailing party December 11, 2007), the Plaintiff would technically be in default.

If the Court sends notice of waiver of objections to Plaintiff, he would have to submit the "Return To Sender mail" to the Court/appellate court along with the Institutional Signing log as proof the mail was sent out on time. The Signing log (log) would be counted as proof of date of Return to Sender. However, if there is no Signing log that additional proof being absent can be problematic.

January 11, 2008, I received Document 338 from Counsel for the Defense, for where I received

3

said filing through the regular prison mail channel and opened outside of my presence, which is a direct violation of Your Honor's injunctive Order. I "did not" receive the legal protection of signing for the legal.[2] In fact, there's two (2) prior incidents of me receiving legal mail from an attorney (Vincent R. Mazeski, ESQ., on January 7, 2008) that was opened outside my presence and that I was not presented a signing log for.

    Counsel's (for the Defense) request that Document 336 be denied should not be denied, as with this present filing.

    The Court must issue a clarification order clarifying what the Court's injunction covers, and direct Louis S. Folino, agent of Jeffrey A. Beard to have the inmates at SCI-Greene sign for all legal mail and that it be opened in presence of the inmate.

---

[1] is not covered at Your Honor's injunctive order.
[2] mail

/S/ [signature]

Ronald Clark's (CP-5079) Request To Proceed IN Forma Pauperis:

I am proceed³ "In Forma Pauperis" in the United States District Court for the Western District of Pennsylvania in the matter of Ronald Clark -vs- Jeffrey A. Beard, et al., Civil Action No. 06-1274. My Financial Condition has not changed for the better and have in fact decreased over the last year.

The attached SCI-Greene Receipt tells as of 1/7/2008 my End Balance Standed at $30.69; which has since decreased.

I request to proceed in the matter of Fontroy, et al., -vs- Beard, et al; No. 02-CV-2949 In Forma Pauperis.

I, Ronald Clark CP507 do affirm that the foregoing is true and correct to the best of my know. I affirm this matter under penalty of perjury in conjunction with both Federal and State Law

Dated: January 14, 2008           /s/ [signature]
                                   SCI-Greene

5

CERTIFICATE OF SERVICE

I, Ronald Clark (CP-5079) declare under the law at this Certificate of Service that I deposited in the US. mail, postage-prepaid, First-class, Motion In Complaint upon the following parties:

Ms. Teri B. Himebaugh, Esq  
220 Stallion Lane  
Schwenksville, PA 19473

John O.J. Shellenberger, Esq  
21 S. 12th St., 3d Fl.  
Phila, PA 19107

/s/ Ronald Clark

Ronald Clark CP 5079  
SCI-Greene  
175 Progress Drive  
Waynesburg, PA 15370

Dated: 1-14-2008

3 Proceeding

| Form DC-135A<br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1. To: (Name and Title of Officer)<br>Superintendent Louis S. Folino | 2. Date:<br>1-11-08 |
| 3. By: (Print Inmate Name and Number)<br>Ronald Clark CP5079<br><br>_[signature]_<br>Inmate Signature | 4. Counselor's Name<br>Crick |
| | 5. Unit Manager's Name<br>Pulya |
| 6. Work Assignment | 7. Housing Assignment<br>G/B/18 |

8. Subject: State your request completely but briefly. Give details. Mr. Folino. You issued a First-Level Appeal determination of grievance #211031 on January 7, 2008, and though I still have time to appeal your denial I made the conscious decision on 1-9-08 not to appeal in light of the fact that you stated the better process would have been to provided me the benefit of having my return to sender legal mail (for additional postage) to be opened in my presence; although you denied my appeal, which is confusing at best. However, the violation has again occurred today as I received legal filing from John O.J. Shellenger, Chief Deputy Attorney General in the matter of Fontroy, et al., -vs- Beard, et al., No. 02-CV-2949, for where the mail came to me opened through the regular mail channels. In light of the fact that all parties in the cited case is aware of the first violation I will proceed to filing another complaint before Judge Savage.

RC:/
cc: Court; Teri B. Himebaugh, Esq., and John O.J. Shellenberger, Esq.

9. Response: (This Section for Staff Response Only)

| To DC-14 CAR only ☐ | To DC-14 CAR and DC-15 IRS ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                          Print              Sign

Revised July 2000

```
SCI-GREENE
Date.1/7/2008 14:57:0                 Receipt #: 08007-U375874-417
Name:CLARK, RONALD
Booking #:CP5079                      PCP #:117583
Beginning Balance:$44.25              Ending Balance: $30.69
Location:           Section:B
Block:G             Cell:2018         Bed:
```

| Inventory ID# | Description | Quantity | Unit | Taxed | Total |
|---|---|---|---|---|---|
| AFLOSS | Floss N Go | 10 | $0.10 | N | $1.00 |
| A078300000440 | Tek Excel Toothbrush | 1 | $0.78 | N | $0.78 |
| a045893072710 | Suave Aloe with Cucumber | 1 | $1.63 | Y | $1.63 |
| A070330001060 | BIC Pen - Blue | 1 | $0.27 | Y | $0.27 |
| A070330001084 | BIC Pen - black | 1 | $0.27 | Y | $0.27 |
| A028872200380 | Tablet - 5 | 4 | $0.60 | Y | $2.40 |
| A087381220975 | Next 1 Moisturizing Bar | 1 | $0.60 | Y | $0.60 |
| A074957101110 | Pound Cake | 2 | $1.35 | N | $2.70 |
| a072320110110 | Animal Crackers | 1 | $0.78 | N | $0.78 |
| a087381012297 | Keefe Premium Coffee | 1 | $2.82 | N | $2.82 |
| TAX THIS SALE | TAX THIS SALE | 1 | $0.31 | Y | $0.31 |

Total Order:$13.56

===================================================================
Inmate Signature Line