UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 7-2514

Fontroy, et al.

vs.

Beard, et al.

Aaron Christopher Wheeler, et al., Appellants

(Eastern District of Pennsylvania Civil No. 02-cv-02949)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

_____
Marcia M. Waldron,
Clerk

For the Court,

Marcia M. Waldron

Clerk

Date: January 17, 2008

cc:
    Teri B. Himebaugh, Esq.
    Claudia M. Tesoro, Esq.

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | **OFFICE OF THE CLERK**<br>**UNITED STATES COURT OF APPEALS**<br>**FOR THE THIRD CIRCUIT**<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790<br>www.ca3.uscourts.gov | Telephone<br>215-597-2995 |

<u>EASTERN</u>_____ Clerk of District Court
(District)

Date <u>January 17, 2008</u>

<u>FONTROY V. BEARD</u>_____
(Caption)

C. of A. No(s). <u>07-2514</u>_____

<u>AARON CHRISTOPHER WHEELER</u>_____
(**Appellant(s)**/Petitioner)

**02-CV-02949**
    (D.C. No.)

Enclosures:

___<u>01/17/08</u>__ Certified copy of C. of A. Order by the **Court/Clerk**:

_____ Released (Record) (Supplemental Record - FIRST - Second - Third)

___<u>xxxx</u>___ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
       is recalled.

/s/ Aina Laws_____(267)-299-<u>4957</u>
AINA LAWS:  Deputy Clerk

Receipt Acknowledge:

_____
   (Name)

_____
   (Date)
        Appeals (Certified List in Lieu of Record)

N:\Record Release Form.wpd