UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 07-2446 & 07-2514

Fontroy v. Beard



FILED

JAN 17 2008

MICHAEL E. KUNZ, Clerk
By /s/ ___ Dep. Clerk

To: Clerk

1) Motion by Teri B. Himebaugh, Esq. to Withdraw as Counsel for Appellants

---

The foregoing motion is granted. Appellees/Cross-Appellants will proceed pro se.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: January 17, 2008

ARL/cc: TBH; JOJS; CMT

A True Copy:

Marcia M. Waldron,
Clerk