IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.,** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D., and** | : | |
| **AARON CHRISTOPHER WHEELER** | : | **NO. 02-2949** |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY A. BEARD,** | : | |
| **DAVID DIGUGLIELMO, and** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 17th day of January, 2008, upon consideration of the "Motion in Complaint" of Ronald Clark (Document No. 340) and the Order denying Ronald Clark's Motion (Document No. 339), it is **ORDERED** that the motion is **DENIED**.

    /Timothy J. Savage
    TIMOTHY J. SAVAGE, J.