IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK DALE FONTROY, I.,** | : | **CIVIL ACTION** |
| **THEODORE B. SAVAGE, J.D., and** | : | |
| **AARON CHRISTOPHER WHEELER** | : | **NO. 02-2949** |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY A. BEARD,** | : | |
| **DAVID DIGUGLIELMO, and** | : | |
| **KIM ULISNY** | : | |

## ORDER

**AND NOW**, this 13th day of March, 2008, upon consideration of the Motion for Transcript of Proceeding and Copy of Civil Document Summary for Purpose of Appeal In Forma Pauperis (Document No. 344), the District Court record having been transmitted to the Clerk of the Court of Appeals for the Third Circuit, and this Court no longer having any jurisdiction, it is **ORDERED** that the motion is **DENIED**.

                                                    /Timothy J. Savage
                                                  TIMOTHY J. SAVAGE,  J.