IN THE UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF PENNSYLVANIA

ARCHIE TINDELL
— VS —
JEFFREY A. BEARD
DAVID DIGUGLIELMO
KIM LILISKY

CIVIL ACTION NO# 02-2949
JUDGE TIMOTHY J. SAVAGE

MOTION TO ENFORCE/CONTEMPT AND/OR
FURTHER RELIEF

PLAINTIFF MOVES UNDER FED. R. CIV. P. 70, 71, 60(B)(5)
FOR AN MOTION TO ENFORCE/CONTEMPT AND/OR FURTHER RELIEF
FROM ORDER ON MAY 3, 2007, OF THE PLAINTIFF'S MOTION OF
SUMMARY JUDGMENT CLAIM (GRANTED) IN PART WITH RESPECT TO
THE INJUNCTIVE RELIEF CLAIM. PLAINTIFF IN SUPPORT THE FOLLOWING

1. THE DEFENDANTS ARE ENJOINED FROM ENFORCING THE
CURRENT DEPARTMENT OF CORRECTIONS MAIL POLICY IN SOFAR
AS IT PERMITS PRISON OFFICIALS TO OPEN LEGAL AND COURT MAIL
OUTSIDE THE INMATES PRESENCE OF THE INMATE WHOM IT IS
ADDRESSED....

2. THIS INJUNCTION COURT ORDER WAS IN FORCED THROUGH-
OUT THE COMMONWEALTH OF PENNSYLVANIA UNDER THE
JURISDICTION OF THE DEPARTMENT OF CORRECTIONS INCLUDING
SCI-COAL TOWNSHIP. PA.

3. IT WAS CLEAR AND CONVINCING THROUGHOUT THE DEPARTMENT OF CORRECTIONS THAT THIS PRACTICE BE IN EFFECT BY ALL D.O.C.'S SUPERINTENDENTS (WHO HAS FULL AUTHORITY OF THE OVERALL OPERATIONS OF THEIR PRISON.

4. EACH INSTITUTION ADMINISTRATION WHICH HAD ACTUAL CONSTRUCTIVE KNOWLEDGE UNDER THEIR FIELDS OF OPERATIONS THAT THE INJUNCTION WAS TO BE IN FORCE. SUPERVISORS OFFICIALS, EMPLOYEES, SERVANTS/AGENTS IN WHICH SUCH PRACTICE SHOULD HAVE BEE EXERCISED BUT HAVE FAILED DUE TO THEIR ACTS COMMITTED WHICH ARE CLEARLY IN VIOLATION OF THE ORDER BY RETURNING TO THEIR PRACTICES WHICH IS A CONTEMPT OF COURT THE ORDER.

WHEREFORE, PLAINTIFF REQUEST FURTHER RELIEF OF COMPENSATION AND ENFORCEMENT OF CONTEMPT TO THE ORDER TO BE GRANTED IN FAVOR OF PLAINTIFF

RESPECTFULLY SUBMITTED

DATE

ARCHIE TINDELL, EW6464
SCI-MAHANOY SHAFF EW6464
BX-1021 PA. 17860

IN THE UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF PENNSYLVANIA

ARCHIE TINDELL,　　　　　　　　　　　CIVIL ACTION NO# 02-2949
    PLAINTIFF
                    RECEIVED           JUDGE, TIMOTHY J. SAVAGE
                    APR 22 2008
    -VS-

JEFFREY A. BEARD                       AFFIDAVIT IN SUPPORT OF
DAVID DIGUGLIELMO                      MOTION TO ENFORCE/CONTEMPT
KIM ULINSY                             AND/OR FURTHER RELIEF
    DEFENDANT(S)

ARCHIE TINDELL, BEING DULY SWORN, DEPOSE AND SAYS:

1. I AM THE PLAINTIFF IN THE ABOVE TITLED CASE, I MAKE THIS AFFIDAVIT IN SUPPORT OF MY MOTION TO ENFORCE/CONTEMPT AND/OR FURTHER RELIEF.

2. ON APRIL 16, 2008 I RECIEVED LEGAL MAIL FROM MY DEFENDANTS ATTORNEY WITH CONTROL BAR NUMBERS WITH AN INSPECTION STAMP BY SCI-COALTOWNSHIP MAIL ROOM WHICH IT WAS STAMPED INSPECTED ON APRIL 10, 2008, IT WAS CLEAR AND CONVINCING EVIDENCE THAT MY LEGAL MAIL WAS TO BE OPEN IN MY PRESENCE WHICH THE MAIL WAS ADDRESSED TO.

3. DC-ADM, 803(B)(5) PG 9. STATES. AN ATTORNEY OR COURT MAY SEEK OR PLACE THE CONTROL NUMBER ON EACH ENVELOPE TO BE MAILED TO AN INMATE THAT THE ATTORNEY OR COURT WISHES TO HAVE OPEN IN THE PRESENCE OF INMATE. THIS NUMBER IS TO BE PLACED ONLY ON THE ENVELOPE AND NOT PLACED ON ANY OF THE PAGES OR DOCUMENTS.

4. JOSEPH PIAZZA, SUPERINTENDENT OF SCI-COALTWP. HIS EMPLOYEES, SERVANTS/AGENTS ACTS AND OMITIONS THAT VIOLATED AND INJURED AFFIANT BY WITHHOLDING HIS LEGAL MAIL AND FAILED TO OPEN IN THE PRESENCE OF THE AFFIANT WHICH DEPRIVE AFFIANT OF HIS CONSTITUTIONAL RIGHTS

5. THESE OFFICIALS HERE AT SCI-COAL TOWNSHIP HAS A PERSONAL RESPONSIBILITY AND A AFFIRMATIVE DUTY TO ADHERED TO THE PRINCIPLE OF POSITIVE CONDUCT AND UNDER COLOR OF STATE LAW, D.O.C. POLICIES AND DIRECTIVES WHICH FAILED, THE OFFICIAL POLICY, PRACTICES OF HIGH RANKING OFFICIALS FAILED TO CLOSELY SUPERVISE OVER SUBORDINATES WHICH WOULD NORMALLY EXERCISE REASONABLE SUPERVISION.

6. THESE ACTS AND OMITIONS WAS PROPERLY INTERFERENCE WITH AFFIANT'S MAIL AND ACCESS TO COURT WHICH INJURED AFFIANT SUCH AS IMPEDEING, SANCTION OF RULES OF CIVIL PROCEDURES WHICH CIRCUMVENTING AS WELL AS INTENTIONAL AND MALICIOUS TO INJURE AFFIANT IN RETALIATION DUE TO AFFIANT'S LITIGATIONS TOWARD THE D.O.C WHICH IS A "COMPLETE FAILURE" AND WAS RECKLESS DISREGARD INJURING AFFIANT CONSTITUTIONAL RIGHTS

PURSUANT TO 28 U.S.C. 1746, I DECLARES UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

RESPECTFULLY
SUBMITTED
ARCHIE TINDELL, GU6441
SCI-COAL TOWNSHIP BX 202
17866

# AFFIDAVIT / PROOF OF SERVICE

I HAVE READ THIS FOREGOING MOTION TO ENFORCE/CONTEMPT HEREBY VERIFY THAT THE MATTER ALLEGED HEREIN ARE TRUE AND CORRECT TO THE BEST OF KNOWLEDGE & BELIEF 28 USC 1746.

I ARCHIE TINDELL DO HEREBY AVER THAT COPIES OF THE ENCLOSED MOTION TO ENFORCE/CONTEMPT HAS BEEN MAILED TO THE BELOW PERSONS POSTED PAID FIRST CLASS ON APRIL 15, 2008. THIS SERVICE SATISFIES THE PRISON MAILBOX ACT.
HOUSTON VS. LACK, 108 SCT. 2379

CLERK OF COURTS
MICHAEL E KUNZ,
UNITED STATES DIST CT.
EASTERN DIST. OF PA.
601 MARKET STREET
PHILA, PA. 19106

DEPARTMENT OF CORRECTIONS
DEPT OF GENERAL COUNSEL
55 UTLEY DRIVE
CAMPHILL PA 17011

4-15-08

ARCHIE TINDELL EW6469
SCF-WAYMART/TOWNSHIP
BX 1021, PA. 18604